# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | JEFFREY L. & DANA Y. REISH |
| Case Number: | 16-70115-JAD   Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 13, 2016 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/14/16 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#11 - Final Confirmation of Plan Dated 3/15/2016 - NFC
R / M #:   11 / 0

**Appearances:**
Debtor: Seitz
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

*Still awaiting 2015 return.*

*Arrears at $4172 through 9/16. Payments would need to increase substantially to fund plan.*

**Proceedings:**

Outcome:
1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*Trustee requests dismissal w/o prejudice based on plan default and feasibility issue. Debtor's counsel advises not defense.*

10/5/2016   2:19:43PM