Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey L. Reish** | : | Case No. 16−70115−JAD |
| **Dana Y. Reish** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Issued Per Oct. 13, 2016 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

    *AND NOW,* this **14th day of October, 2016,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                           Jeffery A. Deller
                                                           United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70115-JAD
Jeffrey L. Reish                                                      Chapter 13
Dana Y. Reish
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel                Page 1 of 2              Date Rcvd: Oct 14, 2016
                              Form ID: 309              Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db/jdb         +Jeffrey L. Reish,    Dana Y. Reish,    804 E. Mowery Ridge Road,    Frenchville, PA 16836-9028
cr             +4 Your Car Connection,    P. O. Box 417,    Cranberry, PA 16319-0417
14182128       +4 Your Car Connect,    P.O. Box 417,    Cranberry, PA 16319-0417
14206909       +4 Your Car Connection, Inc.,    c/o James M. Greenfield,    1030 Liberty Street,
                 Franklin, PA 16323-1243
14182129      #+Anthony Marrara,    Mountain Lodge,    550 Sandridge Road,    Howard, PA 16841-4045
14182132      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court:   Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
14182131      #+CitiFinancial,    P.O. Box 183172,    Columbus, OH 43218-3172
14182133       +Coll Svc Ctr,    Pob 68,   Altoona, PA 16603-0068
14182137       +Credit Acceptance Corp.,    25505 W 12 Mile Road,    Suite 3000,    Southfield, MI 48034-8331
14182142       +Natl Recover,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14249505       +Peritus Portfolio Services II, LLC / NCEP,    P.O. Box 141419,    Irving, TX 75014-1419
14182143       +Rushmore Service Center,    P.O. Box 5508,    Sioux Falls, SD 57117-5508
14182144       +Scnd Chnc Au,    4801 S. Eagle Vall,    Julian, PA 16844-9703
14182145       +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
14182146       +Tribute/Atlanticus,    Po Box 105555,    Atlanta, GA 30348-5555
14259477       +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14203562       +EDI: ATLASACQU.COM Oct 15 2016 01:18:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14273967       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 15 2016 01:40:48
                 CONSUMER PORTFOLIO SERVICE,    PO BOX 57071,    IRVINE, CA 92619-7071
14182134       +EDI: WFNNB.COM Oct 15 2016 01:18:00      Comenity Bank/Fashbug,    Po Box 182272,
                 Columbus, OH 43218-2272
14182135       +EDI: WFNNB.COM Oct 15 2016 01:18:00      Comenity Bank/Peebles,    Po Box 182789,
                 Columbus, OH 43218-2789
14182138       +EDI: CCS.COM Oct 15 2016 01:18:00      Credit Coll,    Po Box 9134,    Needham, MA 02494-9134
14182139       +EDI: RCSFNBMARIN.COM Oct 15 2016 01:18:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14182140        +E-mail/Text: csd1clientservices@cboflanc.com Oct 15 2016 01:41:04      Lanc Coll,
                 218 West Orange St,    Lancaster, PA 17603-3746
14182141        +E-mail/Text: mmrgbk@miramedrg.com Oct 15 2016 01:40:36      Miramedrg,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
14252050       +EDI: JEFFERSONCAP.COM Oct 15 2016 01:18:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14188651        EDI: Q3G.COM Oct 15 2016 01:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
14229532        E-mail/Text: bkdepartment@rtresolutions.com Oct 15 2016 01:40:48
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14205659        EDI: NEXTEL.COM Oct 15 2016 01:18:00      Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Wilmington Savings Fund Society et al.
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
14182136        Consumer Portfolio Service
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14182130      ##+Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
                                                                                               TOTALS: 3, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7          User: jhel              Page 2 of 2            Date Rcvd: Oct 14, 2016
                              Form ID: 309            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   Wilmington Savings Fund Society et al.
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James M. Greenfield    on behalf of Creditor   4 Your Car Connection
               greenfieldlaw@dalewoodardgent.com
              Joshua I. Goldman    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   Wilmington Savings Fund Society et al.
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Dana Y. Reish thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Jeffrey L. Reish thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 8
```