## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : **Bankruptcy No. 16-70115-JAD** |
| **Jeffrey L. Reish and** | : |
| **Dana Y. Reish,** | : **Chapter 13** |
| Debtors | : |
| | : |

### CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 17th day of October, 2016, a true and correct copy of the Order dated October 14, 2016, by First-Class Mail. U.S. Postage paid on the Parties below:

LIGHTHOUSE ELECTRIC
1957 ROUTE 519
CANONSBURG, PA 15317

JEFFREY L. REISH
DANA Y. REISH
804 E. MOWERY RIDGE ROAD
FRENCHVILLE, PA 16836

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 17, 2016

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors