**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEFFREY L. REISH
    DANA Y. REISH
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70115 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/22/2016 and confirmed on 05/27/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,065.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,065.40 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 701.04 | |
|     Trustee Fee | 234.62 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 935.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 2,702.80 | 0.00 | 2,702.80 |
|     Acct: 8446 | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS | 35,384.54 | 0.00 | 0.00 | 0.00 |
|     Acct: 8446 | | | | |
| 4 YOUR CAR CONNECTION | 12,627.64 | 383.21 | 627.36 | 1,010.57 |
|     Acct: 6043 | | | | |
| REAL TIME RESOLUTIONS INC - AGENT FC | 10,447.57 | 173.37 | 520.66 | 694.03 |
|     Acct: 9992 | | | | |
| CREDIT ACCEPTANCE CORP* | 10,726.09 | 187.93 | 534.41 | 722.34 |
|     Acct: 1733 | | | | |
| | | | | 5,129.74 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JEFFREY L. REISH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 4,000.00 | 701.04 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ANTHONY MARRARA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| CITI AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3901 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4221 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: RYV6 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 516.80 | 0.00 | 0.00 | 0.00 |
| Acct: 0264 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5492 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6804 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2960 | | | | |
| LANCASTER COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0757 | | | | |
| LANCASTER COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5467 | | | | |
| MIRAMED REVENUE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9640 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5796 | | | | |
| SECOND CHANCE AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0225 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 657O | | | | |
| TRIBUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6123 | | | | |
| SPRINT CORP(*) | 1,691.86 | 0.00 | 0.00 | 0.00 |
| Acct: 7168 | | | | |
| 4 YOUR CAR CONNECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6043 | | | | |
| PREMIER BANKCARD LLC | 448.86 | 0.00 | 0.00 | 0.00 |
| Acct: 8772 | | | | |
| PERITUS PORTFOLIO SERVICES II LLC/NCI | 8,112.52 | 0.00 | 0.00 | 0.00 |
| Acct: 1688 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 11,973.52 | 0.00 | 0.00 | 0.00 |
| Acct: 4439 | | | | |
| ATLAS ACQUISITIONS LLC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                 5,129.74

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 69,185.84 |
| UNSECURED | 22.743.56 |

Date: 12/06/2016

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com